Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

AXEL W. HALLENBORG, Respondent, v. CHARLES MORSE and Another, Appellants, Impleaded with Another.— Order reversed, with ten dollars costs and disbursements, and order for examination modified by confining the examination to the items numbered 2, 3 and 4 and that part of item numbered 6 which authorizes the examination concerning the payment or payments alleged to have been made by plaintiff on the note. No opinion. The time for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ERNESTO FOGLINO, Respondent, v. COSGROVE & WYNKOOP, LTD., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS F. DUFFY, Appellant, v. JOHN F. GILCHRIST, as Commissioner of the Department of Licenses of the State of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

CARL DERNBURG and Another, Respondents, v. FRANK MARTIN-LASKIN COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

WILTON MANUFACTURING COMPANY, INC., Appellant, v. LOUIS BERGER and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

STRUCTURAL ENGINEERING COMPANY, INC., v. EDWARD T. KENNARD.— Motion to dismiss appeal denied, with ten dollars costs, and plaintiff granted an extension of thirty days in which to serve proposed case on appeal.— Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of EVA ROHR, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ELIZABETH D. RATHBONE v. FREDERICK KOENIG, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

STANTON D. COWL v. JOHN G. BARRETT.— Motions to dismiss appeals granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

BARBARA SCHNATZ v. GEORGE J. SCHNATZ and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

PARAGON SILK COMPANY v. JULIUS G. KUGELMAN and Others.— Appli-